# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 231

Alexandra Visser,                                    Plaintiff and Appellee

v.

Joshua Visser,                                       Defendant and Appellant

and

State of North Dakota                        Statutory Real Party in Interest

### No. 20210151

Appeal from the District Court of Richland County, Southeast Judicial District, the Honorable Bradley A. Cruff, Judge.

AFFIRMED.

Per Curiam.

Tracey R. Lindberg, Pelican Rapids, MN, for plaintiff and appellee; submitted on brief.

Jeffrey Sprout, Fargo, ND, for defendant and appellant; submitted on brief.

# Visser v. Visser
## No. 20210151

**Per Curiam.**

[¶1]   Joshua Visser appeals from a district court order denying his motion to modify primary residential responsibility for the child he has with Alexandra Visser. Joshua Visser argues the district court erred in denying his motion because there was evidence of several material changes in circumstance and the court's findings under the best interest factors are clearly erroneous. We conclude the district court's decision is not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte